| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *BB Terry*  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>*B.B. Terry*  9/12/06 |
| 1. Article Addressed to:<br><br>Don Terry Associates<br>1001 South Hull Street<br>Montgomery, AL 36104<br><br>06-809  S&C | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>   ☒ Certified Mail   ☐ Express Mail<br>   ☐ Registered     ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7005 3110 0004 2532 2689 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540