IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CAROLYN PRUITT, | § § | |
| Plaintiff, | § § | 2:06-CV-809-VPM |
| DON TERRY ASSOCIATES, | § § | |
| Defendant. | § § | |

## NOTICE OF APPEARANCE

**COMES NOW** LaTasha A. Meadows of the law firm of Thomas, Means, Gillis & Seay, P.C. and hereby submits this Notice of Appearance as counsel for the Defendants in the above-styled action.

Respectfully Submitted,


/s/ LaTasha A. Meadows_____
**LATASHA A. MEADOWS (MEA020)**


**OF COUNSEL:**

**THOMAS, MEANS, GILLIS & SEAY, P.C.
3121 Zelda Court
P.O. Drawer 5058
Montgomery, Alabama 36106
(334) 270-1033
(334) 260-9396 (fax)**

**CERTIFICATE OF SERVICE**

  I hereby certify that I have delivered a copy of the foregoing on all counsel of record by via this Court's electronic filing system on this the 5th day of January, 2007.

    James V. Green, Esq.
    P.O. Box 878
    Alabaster, Alabama 35007


    /s/ LaTasha A. Meadows_____
    **OF COUNSEL**