IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CAROLYN PRUITT, | § § | |
| Plaintiff, | § § | 2:06-CV-809-VPM |
| DON TERRY ASSOCIATES, | § § § | |
| Defendant. | § | |

## NOTICE TO THE CLERK OF COURT

COMES NOW, Defendants, Don Terry Associates, and hereby gives notice that the undersigned has, this date, served on counsel for all parties the following:

1. Defendant's, First Set of Interrogatories to the Plaintiff Carolyn Pruitt;

2. Defendant's, First Request for Production of Documents to Plaintiff Carolyn Pruitt.

Respectfully submitted this __16th__ day of February, 2007.

              Respectfully Submitted,


              /s/ LaTasha A. Meadows
              LATASHA A. MEADOWS (MEA020)

OF COUNSEL:

THOMAS, MEANS, GILLIS & SEAY, P.C.
3121 Zelda Court
P.O. Drawer 5058
Montgomery, Alabama 36106
(334) 270-1033
(334) 260-9396 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have delivered a copy of the foregoing on all counsel of record by via this Court's electronic filing system on this the 16th day of January, 2007.

>James V. Green, Esq.
>P.O. Box 878
>Alabaster, Alabama 35007

>/s/ LaTasha A. Meadows_____
>**OF COUNSEL**