IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CAROLYN PRUITT, | § | |
| | § | |
| Plaintiff, | § | 2:06-CV-809-MHT-WC |
| | § | |
| DON TERRY ASSOCIATES, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER

COMES NOW Don Terry & Associates, Defendant in the above-captioned matter, by and through its undersigned counsel of record and moves this Court for an order extending all deadlines in its Scheduling Order in this case. As grounds therefore, Defendant states as follows:

1. Discovery is ongoing in this matter and cannot be completed in time to allow counsel to meet the deadlines set in it Uniform Scheduling Order, dated October 25, 2006.

2. Plaintiff does not oppose this motion and would also benefit from an extension of the upcoming deadlines.

THEREFORE, Defendant's respectfully request a 60-day extension of all remaining deadlines.

Dated this the 3rd of May 2007.

                              Respectfully submitted,

                              /s/ Ramadanah S. Jones _____
                              **H. LEWIS GILLIS (GIL001)**
                              **LATASHA A. MEADOWS (MEA020)**
                              **RAMADANAH S. JONES (SAL026)**

**OF COUNSEL:**

**THOMAS, MEANS, GILLIS & SEAY, P.C.**
3121 Zelda Court (36106)
P.O. Box 5058
Montgomery, Alabama 36103-5058
(334) 270-1033 (phone)
(334) 260-9396 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served via electronic filing on this the 3rd day of May, 2007.

James V. Green, Esq.
P.O. Box 878
Alabaster, Alabama 35007
(205) 621-0301

                                            /s/ Ramadanah S. Jones _____
                                            **OF COUNSEL**