IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CAROLYN PRUITT, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv809-MHT |
| ) | |
| DON TERRY ASSOCIATES, ) | |
| ) | |
|    Defendant. ) | |

## ORDER

It is ORDERED that the motion to extend scheduling order (Doc. No. 12) is denied. The deadlines set forth in the uniform scheduling order (Doc. No. 8) were not only accepted by the parties, they were essentially suggested by the parties in their Rule 26(f) report (Doc. No. 7).

DONE, this the 8th day of May, 2007.

           /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE