IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CAROLYN PRUITT,                )
                               )
    Plaintiff,                 )
                               )          CIVIL ACTION NO.
    v.                         )            2:06cv809-MHT
                               )
DON TERRY ASSOCIATES,          )
                               )
    Defendant.                 )
```

## ORDER

It is ORDERED that the motion to reconsider (Doc. No. 14) is set for on-the-record oral argument on May 30, 2007, at 8:30 a.m. Counsel for defendant are to arrange for the argument to be conducted by telephone.

It is further ORDERED that plaintiff is to file a written response to the motion by noon on May 29, 2007.

DONE, this the 24th day of May, 2007.

                                            /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE